| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | CR-S-04-0346-RLH (RJJ) |
| | | DOCKET NUMBER *(Rec. Court)* |
| | | CR07-00631 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Sean Clark 2909 Doidge Avenue Pinole, CA 94564 | NEVADA | U.S. Probation Office |
| | NAME OF SENTENCING JUDGE | |
| | Roger L. Hunt | |
| | DATES OF SUPERVISED RELEASE: | FROM 4/27/07    TO 4/26/10 |

OFFENSE

Access Device Fraud - 18 U.S.C. § 1029(a)(3); and
False Information for Firearm Acquisition 18 U.S.C. § 922(a)(6)

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

September 21, 2007
Date

Chief United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

10-2-07
Effective Date

United States District Judge