UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
DISTRICT OF NEVADA
LLOYD D. GEORGE US COURTHOUSE
333 LAS VEGAS BOULEVARD SOUTH
LAS VEGAS, NEVADA 89101
(702) 464-5400

**FILED**

OCT 2 4 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

LANCE S. WILSON
CLERK OF COURT

CYNTHIA K. JENSEN
CHIEF DEPUTY, LAS VEGAS

JAKE HERB CHIEF
DEPUTY, RENO

October 22, 2007

Northern District of California-Oakland
1301 Clay Street
Suite 400S
Oakland, CA 94612-5212

Re: Transfer of Probation

Case Name:         USA v. Sean Clark

Your Case Number:  CR07-0 631 – DLJ

Our Case Number:   2:04-cr-00346-RLH-RJJ

Dear Clerk:

Pursuant to the Order for Transfer of Jurisdiction/Probation, enclosed are certified copies of the Indictment and Judgment from the District of Nevada for the above-named defendant.

***District of Nevada is currently using CM/ECF and Judges now sign documents electronically***

Lance S. Wilson, Clerk

By: /s/ Aaron Blazevich

Deputy Clerk
U.S. District Court
District of Nevada, Las Vegas

**Please return the enclosed copy of this letter with your case number.**

Date Received:_____

Your Case Number:_____