Case 2:04-cr-00346-RLH-RJJ   Document 27   Filed 10/24/2007   Page 1 of 3
Case 2:04-cr-00346-RLH-RJJ   Document 26   Filed 09/21/2007   Page 2 of 2

E-filing

| PROB 22 (Rev. 2/88) | TRANSFER OF JURISDICTION | DOCKET NUMBER *(Tran. Court)* CR-S-04-0346-RLH (RJJ) |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* CR07-0631 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE Sean Clark 2909 Doidge Avenue Pinole, CA 94564 | DISTRICT NEVADA | DIVISION U.S. Probation Office |
|---|---|---|
| | NAME OF SENTENCING JUDGE Roger L. Hunt | |
| | DATES OF SUPERVISED RELEASE: | FROM 4/27/07 | TO 4/26/10 |

OFFENSE

Access Device Fraud - 18 U.S.C. § 1029(a)(3); and
False Information for Firearm Acquisition 18 U.S.C. § 922(a)(6)

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

September 21, 2007
_____
Date

_____
Chief United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

10-2-07
_____
Effective Date

_____
United States District Judge

| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | CR-S-04-0346-RLH (RJJ) |
| | | DOCKET NUMBER *(Rec. Court)* CR07-0031 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Sean Clark 2909 Doidge Avenue Pinole, CA 94564 | NEVADA | U.S. Probation Office |
| | NAME OF SENTENCING JUDGE | |
| | Roger L. Hunt | |
| | DATES OF SUPERVISED RELEASE: | FROM 4/27/07   TO 4/26/10 |

OFFENSE

Access Device Fraud - 18 U.S.C. § 1029(a)(3); and
False Information for Firearm Acquisition 18 U.S.C. § 922(a)(6)

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the supervised releasee named above be transferred with the records of the Court to the United States District Court for the <u>Northern District of California</u> upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

September 21, 2007
Date

*/s/ Roger L. Hunt*
Chief United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

10-2-07
Effective Date

United States District Judge



# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA
PROBATION OFFICE

YADOR J. HARRELL
*CHIEF U.S. PROBATION OFFICER*

**Please reply to:**
1301 Clay Street, Suite 220S
Oakland, CA 94612-5208
TEL: (510) 637-3600
FAX: (510) 637-3625

450 Golden Gate Avenue
Suite 17-6884 ; P.O. Box 36057
San Francisco, CA 94102-3487
TEL: (415) 436-7540
FAX: (415) 436-7572

October 11, 2007

Ms. Diane R. Dickinson
Foley Federal Building, Suite 1200
300 Las Vegas Boulevard South
Las Vegas, NV 89101-5813

Re:  Sean D. Clark
     Docket No.: CR-s-04-0346 RLH
     TRANSFER OF JURISDICTION

Dear Ms. Dickinson:

Enclosed please find the Transfer of Jurisdiction forms transferring jurisdiction of the above-referenced case from the _____ District of Nevada _____ to the Northern District of California. To finalize this transfer, please forward this letter to your clerk's office with instructions to file.

If you have any questions regarding the above, please do not hesitate to contact me at the number shown below.

Sincerely,

*Karen L. Mar/pm*

Karen L. Mar
U.S. Probation Officer
(510) 637-3595

Enclosures

pm



RECEIVED OCT 15 2007 U.S. PROBATION OFFICE LAS VEGAS, NEVADA

NDC-GEN-002 05/25/05