DANIEL G. BOGDEN
United States Attorney
WILLIAM R. REED
Assistant United States Attorney
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336/Fax: (702) 388-6418

FILED / ENTERED ___ RECEIVED / SERVED ON
COUNSEL/PARTIES OF RECORD

AUG 2 5

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
## -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL INDICTMENT |
| PLAINTIFF, | CR-S-04-0346-RLH(RJJ) |
| VS. | **VIOLATION:** |
| SEAN CLARK, | 18 U.S.C. § 1029(a)(3) - Access Device Fraud |
| DEFENDANT. | 18 U.S.C. § 922(a)(6) - False Information for Firearm Acquisition |

**THE GRAND JURY CHARGES THAT:**

**COUNT ONE**
Access Device Fraud

On or about May 26, 2004 in the State and Federal District of Nevada,

**SEAN CLARK,**

the defendant herein, did knowingly and with intent to defraud, possess fifteen (15) or more unauthorized access devices, that is approximately forty-six (46) credit card numbers, said possession affecting interstate commerce, in violation of Title 18, United States Code, Section 1029(a)(3).

. . .

. . .

. . .

## COUNT TWO
False Information for Firearm Acquisition

On or about May 26, 2004 in the State and Federal District of Nevada,

**SEAN CLARK**,

the defendant herein, did knowingly furnish a false identification in connection with the acquisition of a firearm, and said false identification was intended to deceive a licensed firearms dealer of a material fact pertaining to the lawfulness of the sale of the firearm, in violation of Title 18, United States Code, Section 922(a)(6).

## NOTICE OF ADDITIONAL FACTORS

**THE GRAND JURY FURTHER CHARGES THAT:**

In committing the offense charged in Count One of this indictment defendant, **SEAN CLARK**:

    A.    Committed an offense involving a loss exceeding $120,000 as described in U.S.S.G. § 2B1.1(b)(1)(F).

    B.    Committed an offense involving the unauthorized transfer and use of any means of identification unlawfully to produce and obtain any other means of identification, as described in U.S.S.G. § 2B1.1(b)(9)(C)(i).

. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .

2

**FORFEITURE ALLEGATION**

As a result of the foregoing offense, the defendant shall forfeit to the United States all firearms and ammunition involved in the commission of the violation of 18 U.S.C. §922(g)(1), alleged in Count One of this Indictment, including but not limited to the following: an IAC, Hawk Model 98, .12 gauge shotgun, serial number 0032661

All in violation of Title 18, United States Code, Sections 922 (g)(1), 924(d), Title 28, United States Code, Section 2461(c) and Title 21, United States Code, Section 853.

**DATED:** this 25 day of August 2004.

**A TRUE BILL:**

*Vicki Clatter*
FOREPERSON OF THE GRAND JURY

DANIEL G. BOGDEN
United States Attorney

*William R. Reed*

WILLIAM R. REED
Assistant United States Attorney