CLOSED

# United States District Court
## District of Nevada (Las Vegas)
## CRIMINAL DOCKET FOR CASE #: 2:04-cr-00346-RLH-RJJ All Defendants

Case title: USA vs Sean Clark

Date Filed: 08/25/2004
Date Terminated: 04/21/2005

Assigned to: Chief Judge Roger L. Hunt
Referred to: Magistrate Judge Robert J. Johnston

**Defendant**

**Sean Clark** (1)
*TERMINATED: 04/21/2005*

represented by **Monique N. Kirtley**
Federal Public Defender
411 E Bonneville
Suite 250
Las Vegas, NV 89101-
(702) 388-6577
Fax: (702) 388-6261
Email: ECF_Vegas@FD.ORG
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: FPD*

| **Pending Counts** | **Disposition** |
| --- | --- |
| 18:1029A.F ACCESS DEVICE FRAUD (1) | Convicted Final Plea of Guilty; 36 months supervised release; 1792.80 restitution; 200.00 assessment; Disposed Date 1/27/2005Imprison: 18 mnths as to each CT, each CT to run cncurrntly w/ the other. ; |
| 18:922A.F FALSE INFORMATION FOR FIREARM ACQUISITION (2) | Convicted Final Plea of Guilty; 36 months supervised release; 1792.80 restitution; 200.00 assessment; Disposed Date 1/27/2005Imprison: 18 mnths as to each CT, each CT to run cncurrntly w/ the other. ; |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
| --- | --- |

None

## Highest Offense Level (Terminated)

None

| Complaints | Disposition |
|------------|-------------|

None

---

### Plaintiff

| | | |
|--|--|--|
| **USA** | represented by | **William R Reed** |

U.S. Attorney's Office
100 West Liberty St.
Suite 600
Reno, NV 89501
Email: william.r.reed@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel D. Hollingsworth**
U.S. Attorney's Office
333 Las Vegas Blvd So
Suite 5000
Las Vegas, NV 89101-
Email:
Daniel.Hollingsworth@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 08/25/2004 | 2 | AO 257 re D/ Clark (Entered: 08/26/2004) |
| 08/25/2004 | 3 | GRAND JURY RETURNS re D/ Clark: in st cstdy; writ & warr to iss; I/A & A/P set for 9/1/04 @ 3pm bfr LRL in Ctrm 3C (C/r Dennis Steiner) cps dist (Entered: 08/26/2004) |
| 08/25/2004 | | WARRANT ISSUED D/ Clark (Entered: 08/26/2004) |
| 08/25/2004 | | WRIT OF HABEAS CORPUS AD PROSEQUENDUM ISSUED D/ Clark to appr 9/1/04 @ 3pm bfr LRL for I/A & A/P (Entered: 08/26/2004) |
| 08/25/2004 | 4 | ORDER re D/ Clark: Pet/Ord for writ of h/c to appr 9/1/04 @ 3pm bfr LRL for I/A & A/P cps dist (Entered: 08/26/2004) |
| 08/26/2004 | 1 | INDICTMENT no text (Entered: 08/26/2004) |
| 09/01/2004 | 5 | INITIAL/ ARRAIGNMENT & PLEA re D/ Clark: T/N same; D plds NG to CTs 1&2; subj to jnt dscvry; trial set 11/1/04 @ 8:30am in Ctrm 6C w/ |

| | | |
|---|---|---|
| | | calndr call 10/27/04 @ 8:45am in Ctrm 6C; dtentn ord; FPD appntd as cnsl (Tape 4-1-111) cps dist (Entered: 09/02/2004) |
| 09/01/2004 | 6 | FINANCIAL AFFIDAVIT D/ Clark (Entered: 09/02/2004) |
| 09/01/2004 | 7 | ORDER APPOINTING COUNSEL re D/ Clark: FPD appntd as D cnsl (Entered: 09/02/2004) |
| 09/01/2004 | 8 | ORDER REGARDING PRETRIAL PROCEDURE re D/ Clark: p/t mtns due 10/1; rspns due 10/12; rplys due 10/15 cps dist (Entered: 09/02/2004) |
| 09/08/2004 | 9 | DETENTION ORDER Dtd 9/3/04 - D/ Clark detained pndng trial cps dist (Entered: 09/08/2004) |
| 10/04/2004 | 12 | WARRANT RETURNED EXECUTED re D/Clark: dfnt p/u off writ, LV, NV on 9/1/04 (Entered: 10/22/2004) |
| 10/14/2004 | 10 | ORDER REGARDING TRIAL re D/Clark: J/T set 11/1/04 @ 8:30am w/cal call 10/27/04 @ 8:45am (see doc). cps dist (Entered: 10/14/2004) |
| 10/20/2004 | | STIPULATION re D/ Clark: stip to continue motion deadlines & trial date to KC (Entered: 10/20/2004) |
| 10/20/2004 | 11 | ORDER ON STIPULATION re D/Clark: P/T mtns due 12/13/04; rspns due 12/24/04; reply due 12/29/04; trial brfs due 2/2/05; Cal call contd to 2/2/05 @ 8:45am; Trial contd to 2/7/05 @ 8:30am. (speedy trial cited) cps dist (Entered: 10/21/2004) |
| 10/27/2004 | 13 | NOTICE (OTHER) re D/ Clark: Gvt's Notce of Intent to Use Tape Rcrdng in evidnce @ trial (Entered: 10/28/2004) |
| 01/13/2005 | 14 | NOTICE OF HEARING re D/Clark: Cal call set 2/2/05 advanced to 1/27/05 @ 8:45am. cps dist (Entered: 01/13/2005) |
| 01/19/2005 | 15 | ORDER REGARDING TRIAL re D/ Clark: Trial set for & cnsl to sbpna witnsses for 2/7/05 @ 8:30am in ctrm 6C wth calndr call set for 1/27/05 @ 8:45am in ctrm 6C. cpys dist (Entered: 01/19/2005) |
| 01/27/2005 | 16 | CHANGE OF PLEA re D/ Clark: dfndnt plds Glty to CTs 1-2 of indctmt; no plea agrmt; matter is cont'd to 4/18/05 @10:30am for sentncng; dfndnt rmanded to cstdy. (C/r. H. Newman) cpys dist (Entered: 01/31/2005) |
| 02/11/2005 | | TRAVERSE re D/ Clark: preliminary. to KC (Entered: 02/11/2005) |
| 02/16/2005 | 17 | ORDER FOR FORFEITURE OF PROPERTY re D/ Clark: Preliminary. cpys dist (Entered: 02/16/2005) |
| 04/18/2005 | 18 | ORDER FOR FORFEITURE OF PROPERTY Dtd 4/18/05 - re D/ Clark: FINAL. cpys dist (Entered: 04/20/2005) |
| 04/19/2005 | 20 | SENTENCING Hld 4/18/05 - re D/ Clark: sentnc imposed; assessmt; restitution; forftur ordr; dfndnt rmanded to cstdy. (C/r. H. Newman) cpys dist (Entered: 04/22/2005) |
| 04/21/2005 | 19 | JUDGMENT re D/ Clark: 18 mnths cstdy as to ea CT, ea CT to rn cncrrntly w/ the othr; dfndnt rmanded; 3 yrs sprvised rlese w/spcial |

| | | |
|---|---|---|
| | | cnditions; $1,792.80 restitution; $200 assessmt; forftur ordr. cpys dist (Entered: 04/21/2005) |
| 06/21/2006 | 22 | NOTICE *of Filing Proof of Publication* by USA as to Sean Clark (Hollingsworth, Daniel) (Entered: 06/21/2006) |
| 07/13/2006 | 23 | Submission of PROPOSED ORDER by USA as to Sean Clark *Final Order of Fofeiture* (Hollingsworth, Daniel) (Entered: 07/13/2006) |
| 07/14/2006 | 24 | FINAL ORDER OF FORFEITURE as to Sean Clark Signed by Judge Roger L. Hunt on 7/14/06. (LMC) (Entered: 07/17/2006) |
| 09/20/2007 | 25 | Form 22 - PETITION to Transfer Jurisdiction of Supervision - Out as to Sean Clark (Attachments: # 1 Probation Form 22) (Aquino, Robert) (Entered: 09/20/2007) |
| 09/21/2007 | 26 | ORDER Granting 25 Petition to Transfer Jurisdiction of Supervision out as to Sean Clark (1). Signed by Judge Roger L. Hunt on 09/21/07. (Copies have been distributed pursuant to the NEF - SRK) (Entered: 09/24/2007) |
| 10/16/2007 | 27 | ORDER TRANSFERRING JURISDICTION OF SUPERVISED RELEASE as to Sean Clark. (Copies have been distributed pursuant to the NEF - ASB) (Entered: 10/22/2007) |
| 10/22/2007 | 28 | Supervised Release Jurisdiction Transferred to Northern District of California-Oakland as to Sean Clark Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (ASB) (Entered: 10/22/2007) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 10/25/2007 11:41:58 | | |
| **PACER Login:** us4077 | **Client Code:** | |
| **Description:** Docket Report | **Search Criteria:** | 2:04-cr-00346-RLH-RJJ |
| **Billable Pages:** 2 | **Cost:** | 0.16 |